# Third District Court of Appeal

## State of Florida

Opinion filed September 20, 2023.
Not final until disposition of timely filed motion for rehearing.

_____

No. 3D23-1596
Lower Tribunal No. F10-31898
_____

**Adrian Brown,**
Petitioner,

vs.

**The State of Florida,**
Respondent.

A Case of Original Jurisdiction – Habeas Corpus.

Adrian Brown, in proper person.

Ashley Moody, Attorney General, and Magaly Rodriguez, Assistant Attorney General, for respondent.

Before EMAS, MILLER and BOKOR, JJ.

PER CURIAM.

Denied.